UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CAROLYN WILLIAMSON,            )
                               )
       Plaintiff,              )
                               )        **JUDGMENT IN A CIVIL CASE**
  v.                           )
                               )        **CASE NO. 5:20-CV-426-BO**
KILOLO KIJAKAZI, Acting Commissioner of  )
Social Security,               )
       Defendant.              )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on September 15, 2021, and Copies To:**
Derrick Kyle Arrowood                                     (via CM/ECF electronic notification)
Amanda B. Gilman                                          (via CM/ECF electronic notification)

DATE:                                    PETER A. MOORE, JR., CLERK
September 15, 2021                       (By) /s/ Nicole Sellers
                                              Deputy Clerk