IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00426-BO

| | |
|---|---|
| CAROLYN WILLIAMSON, | ) |
| Plaintiff | ) |
| v. | ) DEFENDANT'S ORDER TO |
| | ) MOTION |
| | ) FOR 42 U.S.C. § 406(b) FEES |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| Defendant. | ) |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $8,995.60. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff's counsel will reimburse Plaintiff the amount in fees he previously received under the Equal Access Justice Act, 28 U.S.C. § 2412 in the amount of $6,374.50.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $8,995.60.

This __1__ day of __Nov.__, 2022.

_Terrence W. Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE